

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00340-CV

IN RE FROST BANK                                    RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 048-278628-15

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: DAUPHINOT, MEIER, and SUDDERTH, JJ.

DELIVERED: October 27, 2016

---

[1]*See* Tex. R. App. P. 47.4.